■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD JASPER, Appellant.

No opinion. Mollen, P. J., Thompson, Bracken and Rubin, JJ., concur.